# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT CVAROVSKY,** | ) | **CASE NO. 1:09 CV 2797** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **THE VILLAGE OF NEWBURGH** | ) | |
| **HEIGHTS, et al.,** | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Motion to Dismiss filed by Defendant Robert Schippling (Docket #5) is hereby GRANTED. Mr. Schippling is hereby dismissed as a defendant in this case.

IT IS SO ORDERED.

                                         *s/Donald C. Nugent*
                                         DONALD C. NUGENT
                                         United States District Judge

DATED: March 31, 2010